United States District Court
Northern District of California

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

11    In re Jacqueline C. Melcher          Case No.  5:14-cv-05586-RMW

12
                                           **ORDER RE: REQUEST TO SUSPEND**
13                                         **BRIEFING SCHEDULE**

14                                         Re: Dkt. No. 16

15

16          Appellant Jacqueline C. Melcher filed a letter with the court requesting that the court

17   suspend the briefing schedule in this case until Ms. Melcher can obtain copies of transcripts

18   necessary to certify the record on appeal.  Ms. Melcher has already filed at least twelve appeals to

19   the district court which have been dismissed for failure to perfect the record.  *See In re Melcher*,

20   No. BAP NC-13-1168, 2014 WL 1410235, at *11 (B.A.P. 9th Cir. Apr. 11, 2014).  Given Ms.

21   Melcher's history of failing to certify the record for appeal, the court will extend the deadline to

22   certify the record until September 25, 2015, with no further extensions.

23
     **IT IS SO ORDERED.**
24

25   Dated: July 23, 2015

26                                         _____
                                           Ronald M. Whyte
27                                         United States District Judge

28   5:14-cv-05586-RMW
     ORDER EXTENDING BRIEFING SCHEDULE
                                    1