UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Jacqueline C. Melcher | Case No. 5:14-cv-05586-RMW <br><br> Bk. No. 01-53251 <br><br> **ORDER SETTING BRIEFING SCHEDULE** <br><br> Re: Dkt. No. 19 |

On July 23, 2015, this court suspended the briefing schedule and extended the deadline for appellant Jacqueline Melcher to certify the record for appeal with the bankruptcy court until September 25, 2015. Dkt. No. 17. On September 24, 2015, appellant filed an Application for Permission to File Additional Designations of the Record on Appeal with the bankruptcy court. Dkt. No. 19 Ex. D. Appellant now requests a briefing schedule. Dkt. No. 19 at 3. The bankruptcy court has not yet transmitted the additional documents appellant most recently designated to the district court.

In accordance with B.L.R. 8010-1 and Fed. R. Bankr. P. 8018 (2014), the court sets the following briefing schedule:

The appellant must serve and file a brief not exceeding 25 pages in length by 28 days after the date the record on appeal (including any supplemental documents from appellant's September 24, 2015 designations) has been entered in the District Court docket.

The appellee must serve and file a brief not exceeding 25 pages in length 21 days after service of appellant's brief. If the appellee has filed a cross-appeal, the brief of appellee must contain the issues and argument pertinent to the cross-appeal, denominated as such.

The appellant must serve and file a reply brief not exceeding 15 pages in length 14 days after service of appellee's brief. If the appellee has filed a cross-appeal, the appellant must include its opposition in its reply brief.

The appellee may serve and file a reply to the opposition to any cross appeal not exceeding 15 pages in length 14 days after service of appellant's brief.

Pursuant to B.L.R. 8010-1, upon completion of the briefing, the assigned District Judge will set a date for oral argument, if needed; otherwise the matter will be deemed submitted for decision.

If appellee wishes to designate any additional portions of the record in response to the appellant's supplemental designations of September 24, 2015, appellee may do so in accordance with Fed. R. Bankr. P. 8009(e) (2014).

**IT IS SO ORDERED.**

Dated: October 1, 2015

_____
Ronald M. Whyte
United States District Judge