UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Jacqueline C. Melcher | Case No. 5:14-cv-05586-RMW<br><br>**ORDER REGARDING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 48 |

Appellant Jacqueline Melcher requests clarification of the briefing schedule in this matter. Dkt. No. 48. In its October 1, 2015 order, the court ordered that Ms. Melcher's opening brief would be due 28 days after the date the record on appeal had been entered in the District Court docket. Dkt. No. 20. The record on appeal was entered in the District Court docket on October 15, 2015. Thus Ms. Melcher's brief is due on November 12, 2015. Appellee's brief is due 21 days later, on December 3, 2015. Appellant's reply brief is due 14 days later, on December 17, 2015.

**IT IS SO ORDERED.**

Dated: November 2, 2015

_____
Ronald M. Whyte
United States District Judge

5:14-cv-05586-RMW
ORDER REGARDING BRIEFING SCHEDULE
RS

1